# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                          **CHAPTER 13 CASE**

Rachel Elizabeth Scanlon
Richard Dean Scanlon                                            **CASE NO. 08-43724 RJK**

                    Debtors.                                    **ORDER**

This case came before the court on the motion of Mortgage Electronic Registration Systems, Inc., through its servicing agent AmTrust Bank, seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED: The movant, its assignees or successors in interest are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated June 29, 2006, executed by Richard D. Scanlon and Rachel E. Scanlon, husband and wife, recorded on July 25, 2006, as Document No. 627357, covering real estate located in Sherburne County, Minnesota, legally described as follows, to-wit:

> Lot 1, Block 1, Mitchell Lake Ridge, Sherburne County, Minnesota.

and may pursue its remedies under state law in connection with the note and mortgage deed.

Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: February 26, 2009                    /e/ Robert J. Kressel
                                            Robert J. Kressel
                                            United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/26/2009*
Lori Vosejpka, Clerk, by LMH